UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80172-CR-MARRA(s)

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

EDDIE PICADO,

            Defendant.      /



FILED by _____ D.C.
NOV 16 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on November 16, 2007, for a hearing on alleged violations of supervised release. The defendant is charged with violation of his supervised release:

1.     Violation of Mandatory condition, by unlawfully possessing or using a controlled substance .

On September 7, 10, 17, 20, 24, 27, and October 1, 2007, the defendant submitted urine samples which confirmed positive for cocaine. In addition, on September 24, 2007, the defendant admitted using cocaine.

2.     Violation of Mandatory condition, by refusing to submit to drug testing .

On August 15, 2007, the defendant was instructed to submit to drug testing every Monday and Thursday until he was enrolled in a treatment program and has failed to report for testing since October 1, 2007.

3.     Violation of Standard Condition , by failing to submit a truthful and complete monthly report within the first five days of each month.

The Defendant has failed to submit a monthly report for September 2007.

4. Violation of Special Condition, by failing to participate in an approved treatment program.

On October 1, 2007, the defendant was instructed to report to CARP on October 2, 2007, to begin residential treatment. The defendant failed to report to the program and his present whereabouts are unknown.

The defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court finds that the defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that Eddie Picado be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth A. Marra, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 16th day of November, 2007.

**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

c: The Honorable Kenneth A. Marra
Emalyn Webber, AUSA
Peter Birch, AFPD
Joan Balis, USPO