UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80172-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDDIE PICADO,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at a sentencing for violations of supervised release held on November 30, 2007. The Court adopts the magistrate judge's Report and Recommendation and finds the defendant in violation of his supervised release. Therefore, it is hereby

**ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **five (5) months** with no supervision to follow. The Court recommends the defendant be designated to an institution in South Florida.

**DONE and ORDERED** in West Palm Beach, this 30th day of November, 2007.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    Janice LeClainche, AUSA
       Peter Birch, Esq.
       U.S. Probation - Joan Balis
       U.S. Marshal